UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| VINCENT FREEMAN II, | Case No. 2:23-cv-01838-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| C.C.D.C., et al., | |
| Defendants. | |

Plaintiff is no longer at the address on file with the Court (ECF No. 13) and has failed to file an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1 requiring *pro se* parties to "immediately file with the Court written notification of any change of mailing address, email address, telephone number, or facsimile number." Under this Rule, failure of a *pro se* party to update his/her address "may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, IT IS HEREBY ORDERED that no later than **August 16, 2024** Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order may result in a recommendation to dismiss this case without prejudice.

DATED this 17th day of July, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE